UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS L. CARRANZA, | CASE NO. CV 17-6474-JVS (PJW) |
| Petitioner, | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |
| v. | |
| WARDEN, | |
| Respondent. | |

On August 22, 2017, Petitioner filed a Petition for Writ of Habeas Corpus, challenging his conviction in December 2011 for first degree murder and attempted murder and resultant sentence of 130 years to life. (Petition at 1; *People v. Carranza*, 2013 WL 3357941, at *4 (Cal. Ct. App. July 2, 2013).) Petitioner contends that the trial court erred in excluding third-party culpability evidence showing that his brother Adrian was involved in the shooting. (Petition at 6 and attached pages; *Carranza*, 2013 WL 3357941, at *4-7.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

became final on December 31, 2013--90 days after the California Supreme Court denied his petition for review and the time expired for him to file a petition for writ of certiorari in the United States Supreme Court. *See*, *e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005). Therefore, the statute of limitations expired one year later, on December 31, 2014. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until August 22, 2017, almost three years after the deadline.[1]

IT IS THEREFORE ORDERED that, no later than **October 5, 2017,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: September 5, 2017

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\CARRANZA, L 6474\OSC dismiss pet.wpd

---

[1] Petitioner did not sign or date the Petition, but did sign and date the proof of service attached to the Petition. The Court will assume that date is the date Petitioner delivered the Petition to prison officials for filing.

2